UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN MILNER and ANNE MILNER,

Plaintiffs,

vs.

Case No. 8:04-cv-953-T-26MSS

SANDY MA, HELENA MA, and ALLSTATE
INSURANCE COMPANY, a foreign
corporation,

Defendants.
_____/

## ORDER TO SHOW CAUSE

This cause comes on for consideration *sua sponte*. On or about January 12, 2005, the Clerk entered a default against Defendants, Sandy Ma and Helena Ma. (Dkt. 15). However, Plaintiffs have failed to file a Motion for Entry of Default Judgment pursuant to Fed. R. Civ. P. 55. The Court notes that counsel for Plaintiff has filed a Motion to Withdraw as Attorney. Counsel states that Plaintiffs have dismissed their claims with prejudice against Allstate Insurance Company following settlement. The Court notes that no such dismissal is filed on CM/ECF. Counsel states that he and Plaintiffs have irreconcilable differences with regard to how the case should be resolved at the present time. However, counsel does not indicate that this difference involves the filing of a Motion for Default Judgment.

Accordingly, it is **ORDERED** that Plaintiffs **SHOW CAUSE** in writing within ten (10) days

from the date of this Order why they have not filed a Motion for Entry of Judgment of Default pursuant to Rule 55, or alternatively to file a Motion for Entry of Judgment of Default.

**DONE AND ORDERED** in Tampa, Florida on this 23rd day of August, 2005.

MARY S. SCRIVEN
United States Magistrate Judge

Copies to:

Counsel of Record