UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN MILNER and ANNE MILNER,

Plaintiff,

vs.   Case No. 8:04-cv-953-MSS

SANDY MA; HELENA MA; and ALLSTATE
INSURANCE COMPANY, a foreign
corporation,

Defendant.
_____/

## ORDER

This cause comes on for consideration upon the filing of Plaintiffs' Response to Order to Show Cause (Dkt. 19) and Plaintiffs' Unopposed Motion to Voluntarily Dismiss All Claims Against Defendant, Allstate Insurance Company With Prejudice (Dkt. 18). Counsel for Plaintiffs states that both Plaintiffs wish to dismiss their claims against Defendant, Allstate Insurance Company with prejudice due to settlement. Further, Plaintiff Kevin Milner wishes to dismiss his claims against Defendants, Sandy Ma and Helena Ma due to their financial status. Counsel has not been able to contact Plaintiff, Anne Milner.

Accordingly, it is **ORDERED** that:

(1) Plaintiffs' Unopposed Motion to Voluntarily Dismiss All Claims Against Defendant, Allstate Insurance Company With Prejudice (Dkt. 18) is **GRANTED**. Plaintiffs claims against Defendant, Allstate Insurance Company are **DISMISSED WITH PREJUDICE.**

(2) Plaintiff, Kevin Milner's claims against Defendants Sandy Ma and Helena Ma are **DISMISSED WITHOUT PREJUDICE**;

(3) Counsel for Plaintiffs shall notify the Court within ten (10) days of the status of Anne Milner's whereabouts at which time the Court will rule on Counsel's Motion to Withdraw (Dkt. 16).

**DONE AND ORDERED** in Tampa, Florida on this 25th day of October, 2005.

MARY S. SCRIVEN
United States Magistrate Judge

Copies to:

Counsel of Record